**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6688**

---

BENJAMIN SHABAZZ PEAY,

                              Plaintiff - Appellant,

        versus

NURSE GUITON; DOCTOR LINDSEY; STEPHEN KAFTAN,

                              Defendants - Appellees,

        and

GEORGE L. MCBANE, U. S. Marshal,

                              Defendant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CA-94-520-2)

---

Submitted: June 28, 1996            Decided: August 14, 1996

---

Before MICHAEL and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Benjamin Shabazz Peay, Appellant Pro Se. Susan Moore Lewis, COUNTY ATTORNEY'S OFFICE, Greensboro, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's orders and opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Peay v. Guiton</u>, No. CA-94-520-2 (M.D.N.C. July 6, 1995; Mar. 29, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>